

CIRCUIT COURT FOR CALVERT COUNTY, MARYLAND
175 Main Street
Prince Frederick Maryland 20678

Civil: 410-535-1600 x2268
Family/Child Support: 410-535-1600 x2396
Juvenile: 410-535-1600 x2237
Criminal: 410-535-1600 x2270
Assignment: 410-535-1600 x2372
Maryland Relay Service: 711
MD Toll Free: 1-888-535-0113

**To:** MARK W BAKKER
13893 WILLARD ROAD
UNIT C
CHANTILLY, VA 20151

Case Number: C-04-CV-20-000070
Other Reference Number(s):

CHRISTOPHER SPELTA VS. MARK BAKKER

Issue Date: 1/29/2020

# WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this Court, to the attached complaint filed by:

CHRISTOPHER P SPELTA
11574 Wynadote Lane
Lusby, MD  20657

This summons is effective for service only if served within 60 days after the date it is issued.

*Kathy P. Smith*
Kathy P Smith
Clerk of the Circuit Court

To the person summoned:
Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
Personal attendance in court on the day named is NOT required.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

Christopher Spelta vs. Mark Bakker

Case Number: C-04-CV-20-000070

# SHERIFF'S RETURN
Circuit Court for Calvert County

Sheriff fee: _____ By: _____

Served: _____

Time: _____ Date: _____

With the following:

- ☐ Summons
- ☐ Complaint
- ☐ Motions
- ☐ Petition and Show Cause Order

- ☐ Counter Complaint
- ☐ Domestic Case Information Report
- ☐ Financial Statement
- ☐ Other _____
  Please specify

Was unable to serve because:

- ☐ Moved left no forwarding address
- ☐ Address not in jurisdiction

- ☐ No such address
- ☐ Other _____
  Please specify

Sheriff fee: $ _____        _____
                                             Serving Sheriff's Signature & Date

Instructions to Private Process Server:

1. This Summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

IN THE CIRCUIT COURT FOR **CALVERT COUNTY**
(City or County)

## CIVIL - NON-DOMESTIC CASE INFORMATION REPORT

### DIRECTIONS

*Plaintiff:* This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a).

*Defendant:* You must file an Information Report as required by Rule 2-323(h).

***THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING***

FORM FILED BY: ☒ PLAINTIFF ☐ DEFENDANT    CASE NUMBER **C-04-CV-20-000070** (Clerk to insert)

CASE NAME: Christopher P. Spelta vs. Mark W. Bakker
                     Plaintiff                                Defendant

PARTY'S NAME: Christopher P. Spelta      PHONE:

PARTY'S ADDRESS: 11574 Wynadote Lane, Lusby, Maryland 20657

PARTY'S E-MAIL:

**If represented by an attorney:**
PARTY'S ATTORNEY'S NAME: Michael A. Klopfer, Esq.     PHONE: 301-843-3890

PARTY'S ATTORNEY'S ADDRESS: 3475 Leonardtown Road, Suite 200, Waldorf, Maryland 20601

PARTY'S ATTORNEY'S E-MAIL: Mklopfer@farmer-law.com

JURY DEMAND? ☒ Yes ☐ No

RELATED CASE PENDING? ☐ Yes ☒ No   If yes, Case #(s), if known:

ANTICIPATED LENGTH OF TRIAL?: _____ hours  **2** days

### PLEADING TYPE

New Case:   ☒ Original    ☐ Administrative Appeal   ☐ Appeal
Existing Case: ☐ Post-Judgment   ☐ Amendment

*If filing in an existing case,* skip Case Category/ Subcategory section - go to Relief section.

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (*Check one box.*)

**TORTS**
☐ Asbestos
☒ Assault and Battery
☐ Business and Commercial
☐ Conspiracy
☐ Conversion
☐ Defamation
☐ False Arrest/Imprisonment
☐ Fraud
☐ Lead Paint - DOB of Youngest Plt:
☐ Loss of Consortium
☐ Malicious Prosecution
☐ Malpractice-Medical
☐ Malpractice-Professional
☐ Misrepresentation
☐ Motor Tort
☐ Negligence
☐ Nuisance
☐ Premises Liability
☐ Product Liability
☐ Specific Performance
☐ Toxic Tort
☐ Trespass
☐ Wrongful Death

**CONTRACT**
☐ Asbestos
☐ Breach
☐ Business and Commercial
☐ Confessed Judgment (Cont'd)
☐ Construction
☐ Debt
☐ Fraud

☐ Government
☐ Insurance
☐ Product Liability

**PROPERTY**
☐ Adverse Possession
☐ Breach of Lease
☐ Detinue
☐ Distress/Distrain
☐ Ejectment
☐ Forcible Entry/Detainer
☐ Foreclosure
  ☐ Commercial
  ☐ Residential
  ☐ Currency or Vehicle
  ☐ Deed of Trust
  ☐ Land Installments
  ☐ Lien
  ☐ Mortgage
  ☐ Right of Redemption
  ☐ Statement Condo
☐ Forfeiture of Property / Personal Item
☐ Fraudulent Conveyance
☐ Landlord-Tenant
☐ Lis Pendens
☐ Mechanic's Lien
☐ Ownership
☐ Partition/Sale in Lieu
☐ Quiet Title
☐ Rent Escrow
☐ Return of Seized Property
☐ Right of Redemption
☐ Tenant Holding Over

**PUBLIC LAW**
☐ Attorney Grievance
☐ Bond Forfeiture Remission
☐ Civil Rights
☐ County/Mncpl Code/Ord
☐ Election Law
☐ Eminent Domain/Condemn.
☐ Environment
☐ Error Coram Nobis
☐ Habeas Corpus
☐ Mandamus
☐ Prisoner Rights
☐ Public Info. Act Records
☐ Quarantine/Isolation
☐ Writ of Certiorari

**EMPLOYMENT**
☐ ADA
☐ Conspiracy
☐ EEO/HR
☐ FLSA
☐ FMLA
☐ Workers' Compensation
☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
☐ Assumption of Jurisdiction
☐ Authorized Sale
☐ Attorney Appointment
☐ Body Attachment Issuance
☐ Commission Issuance

☐ Constructive Trust
☐ Contempt
☐ Deposition Notice
☐ Dist Ct Mtn Appeal
☐ Financial
☐ Grand Jury/Petit Jury
☐ Miscellaneous
☐ Perpetuate Testimony/Evidence
☐ Prod. of Documents Req.
☐ Receivership
☐ Sentence Transfer
☐ Set Aside Deed
☐ Special Adm. - Atty
☐ Subpoena Issue/Quash
☐ Trust Established
☐ Trustee Substitution/Removal
☐ Witness Appearance-Compel

**PEACE ORDER**
☐ Peace Order

**EQUITY**
☐ Declaratory Judgment
☐ Equitable Relief
☐ Injunctive Relief
☐ Mandamus

**OTHER**
☐ Accounting
☐ Friendly Suit
☐ Grantor in Possession
☐ Maryland Insurance Administration
☐ Miscellaneous
☐ Specific Transaction
☐ Structured Settlements

CC-DCM-002 (Rev. 04/2017)    Page 1 of 3

| IF NEW OR EXISTING CASE: RELIEF (Check All that Apply) |

- ☐ Abatement
- ☐ Administrative Action
- ☐ Appointment of Receiver
- ☐ Arbitration
- ☐ Asset Determination
- ☐ Attachment b/f Judgment
- ☐ Cease & Desist Order
- ☐ Condemn Bldg
- ☐ Contempt
- ☐ Court Costs/Fees
- ☒ Damages-Compensatory
- ☒ Damages-Punitive
- ☐ Earnings Withholding
- ☐ Enrollment
- ☐ Expungement
- ☐ Findings of Fact
- ☐ Foreclosure
- ☐ Injunction
- ☐ Judgment-Affidavit
- ☐ Judgment-Attorney Fees
- ☐ Judgment-Confessed
- ☐ Judgment-Consent
- ☐ Judgment-Declaratory
- ☐ Judgment-Default
- ☐ Judgment-Interest
- ☐ Judgment-Summary
- ☐ Liability
- ☐ Oral Examination
- ☐ Order
- ☐ Ownership of Property
- ☐ Partition of Property
- ☐ Peace Order
- ☐ Possession
- ☐ Production of Records
- ☐ Quarantine/Isolation Order
- ☐ Reinstatement of Employment
- ☐ Return of Property
- ☐ Sale of Property
- ☐ Specific Performance
- ☐ Writ-Error Coram Nobis
- ☐ Writ-Execution
- ☐ Writ-Garnish Property
- ☐ Writ-Garnish Wages
- ☐ Writ-Habeas Corpus
- ☐ Writ-Mandamus
- ☐ Writ-Possession

*If you indicated Liability above*, mark one of the following. This information is **not** an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.  ☐ Liability is not conceded, but is not seriously in dispute.  ☐ Liability is seriously in dispute.

| MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs) |

☐ Under $10,000    ☐ $10,000 - $30,000    ☐ $30,000 - $100,000    ☒ Over $100,000

☐ Medical Bills $_____    ☐ Wage Loss $_____    ☐ Property Damages $_____

| ALTERNATIVE DISPUTE RESOLUTION INFORMATION |

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)
A. Mediation       ☒ Yes  ☐ No        C. Settlement Conference   ☒ Yes  ☐ No
B. Arbitration     ☒ Yes  ☐ No        D. Neutral Evaluation       ☐ Yes  ☒ No

| SPECIAL REQUIREMENTS |

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

| ESTIMATED LENGTH OF TRIAL |

*With the exception of Baltimore County and Baltimore City, please fill in the estimated LENGTH OF TRIAL.*    *(Case will be tracked accordingly)*

☐ 1/2 day of trial or less        ☐ 3 days of trial time
☐ 1 day of trial time             ☐ More than 3 days of trial time
☒ 2 days of trial time

| BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM |

*For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ Expedited - Trial within 7 months of Defendant's response        ☐ Standard - Trial within 18 months of Defendant's response

| EMERGENCY RELIEF REQUESTED |

| COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE |
| MANAGEMENT PROGRAM (ASTAR) |

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

☐ **Expedited** - Trial within 7 months of Defendant's response

☐ **Standard** - Trial within 18 months of Defendant's response

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

## CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | | |
|---|---|---|
| ☐ | Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ | Civil-Short | Trial 210 days from first answer. |
| ☐ | Civil-Standard | Trial 360 days from first answer. |
| ☐ | Custom | Scheduling order entered by individual judge. |
| ☐ | Asbestos | Special scheduling order. |
| ☐ | Lead Paint | Fill in: Birth Date of youngest plaintiff............................. . |
| ☐ | Tax Sale Foreclosures | Special scheduling order. |
| ☐ | Mortgage Foreclosures | No scheduling order. |

## CIRCUIT COURT FOR BALTIMORE COUNTY

| | |
|---|---|
| ☐ Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

1/28/2020
Date

3475 Leonardtown Road, Suite 200
Address

Waldorf    MD    20601
City       State  Zip Code

Signature of Counsel / Party

Michael A. Klopfer, Esquire
Printed Name

IN THE CIRCUIT COURT OF MARYLAND FOR CALVERT COUNTY

Christopher P. Spelta  :
11574 Wynadote Lane
Lusby, MD 20657  :

    Plaintiff,  :

v.  :  Case No.  C-04-CV-20-000070

Mark W. Bakker  :
13893 Willard Road, Unit C
Chantilly, VA 20151  :

    Defendant.  :

## COMPLAINT

COMES NOW the Plaintiff, Christopher P. Spelta, by and through his attorneys, Michael A. Klopfer and the Law Office of James E. Farmer, LLC, and sues the Defendant, Mark W. Bakker, and for reasons therefore state;

1. Plaintiff, Christopher P. Spelta, is a resident of Calvert County, State of Maryland.

2. Defendant, Mark W. Bakker, upon information and belief, is a resident of the State of Virginia.

3. The events as complained of herein took place in Calvert County, Maryland.

### COUNT I
### (Assault)

4. That on or about May 25, 2019, the Defendant, Mark E. Bakker, did, without just cause and justification, assault Plaintiff, Christopher P. Spelta.

5. Defendant, Mark E. Bakker, punched Plaintiff, choked him out, and continued hitting him while he was defenseless and on the ground.

6. As a result of the actions of Defendant, Mark E. Bakker, the Plaintiff suffered severe injuries to primarily the face and neck including but not limited to broken bones in the

face, damaged vision, damages facial structure, eye deviation, bruising, bleeding, and brain injury.

7. The injuries sustained by Plaintiff will cause him permanent issues for the remainder of his life.

8. Plaintiff did not consent to the conduct of the Defendant.

9. The Defendant's conduct was intentional and done with the intent to harm and maim the Plaintiff.

WHEREFORE, Plaintiff, Christopher P. Spelta, demands judgment against Defendant, Mark W. Bakker, for a sum in excess of Seventy-Five Thousand Dollars ($75,000.00) in compensatory damages, with interest and costs.

## COUNT II
**(Malicious Prosecution)**

10. Plaintiff incorporates by reference Count I, with the same effect as if fully set forth herein.

11. As a result of the severe assault by the Defendant upon the Plaintiff, the Defendant was charged with various criminal citations.

12. In an attempt to have the Plaintiff not testify against him, and otherwise gain a strategic advantage in the criminal case, the Defendant filed cross charges against the Plaintiff claiming Plaintiff assaulted him first.

13. The Defendant did not file charges against the Plaintiff with probable cause.

14. The Defendant filed the charges against the Plaintiff for an unjustified and illegal purpose.

15. The Defendant's conduct caused the Plaintiff emotional distress and out of pocket expenses.

2

WHEREFORE, Plaintiff, Christopher P. Spelta, demands judgment against Defendant, Mark W. Bakker, for a sum in excess of Seventy-Five Thousand Dollars ($75,000.00) in compensatory damages, with interest and costs.

### COUNT III
**(Punitive Damages)**

16. Plaintiff incorporates by reference Counts I and II with the same effect as if fully set forth herein.

17. Defendant's conduct was malicious and ill willed.

18. Defendant repeatedly punched and hit Plaintiff as the Plaintiff was defenseless.

19. Defendant caused life long injuries to the Plaintiff.

19. Upon information and belief, Defendant has a history of violent conduct towards other persons.

WHEREFORE, Plaintiff, Christopher P. Spelta, demands punitive damages against Defendant, Mark W. Bakker, for a sum in excess of Seventy-Five Thousand Dollars ($75,000.00) in compensatory damages, with interest and costs.

Respectfully submitted,

MICHAEL A. KLOPFER, ESQUIRE
CPF#1312180097
Law Offices of James E. Farmer, LLC
3475 Leonardtown Road, Suite 200
Waldorf, Maryland 20601
Mklopfer@farmer-law.com
(301) 843-3890
Attorneys for Plaintiff

## ELECTION FOR JURY DEMAND

Plaintiff, Christopher P. Spelta, by and through his attorneys, MICHAEL A. KLOPFER, and the Law Office of James E. Farmer, LLC, demands a trial by jury as to all issues.

_____
MICHAEL A. KLOPFER, ESQUIRE